## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Patricia Mitzuk, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 09-cv-1336 PAM/FLN |
| v. | ) |
| | ) |
| National Enterprise Systems, Inc., | ) |
| and Jane Doe, a/k/a Victoria Parker, | ) |
| | ) |
| Defendants. | ) |

## ORDER FOR DISMISSAL

Based upon the Notice of Voluntary Dismissal with Prejudice, Civil Docket number 3, filed by Plaintiff on August 16, 2009, and upon all the files, records and proceedings herein,

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

**BY THE COURT:**

Dated: August 18, 2009

s/Paul A. Magnuson
The Honorable Paul A. Magnuson
Judge, United States District Court